**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shirley DANIELS, a.k.a. Miss Shelly,
Defendant–Appellant.**

No. 10–11820
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 15, 2011.

Judy K. Hunt, Walter Eugene Furr, III, Tamra Phipps, U.S. Attorney's Office, Tampa, FL, Simon A. Gaugush, U.S. Attorney's Office, Ft. Myers, FL, for Plaintiff–Appellee.

Robert Scott Andringa, R. Scott Andringa, Esq., LLC, Largo, FL, Robert Scott Andringa, Attorney at Law, Clearwater, FL, Shirley Daniels, FMC Carswell–Inmate Legal Mail, Fort Worth, TX, for Defendant–Appellant.

Before EDMONDSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

R. Scott Andringa, appointed counsel for Shirley Daniels, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Daniels's conviction and sentence are **AFFIRMED.**